# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN LEE KENNEDY,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83419

**FILED**

SEP 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus appears to seek a writ directing the district court to file petitioner's postconviction petition for a writ of habeas corpus and other documents.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844

 
21-26135

(2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc:    Kevin Lee Kennedy
       Attorney General/Carson City
       White Pine County District Attorney
       White Pine County Clerk